# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **CASE NO.  CR 04-C-0041-S** |
| ) | **CR 04-C-0279-S** |
| **DAVID NELSON HEMPHILL,** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S RESPONSE TO PRESENTENCE REPORT

Comes now the Defendant, by and through undersigned counsel, and respectfully responds to the Presentence Report prepared by the U.S. Probation Office on December 22, 2004, as follows:

1. The Defendant and his attorney have reviewed and discussed in detail the Presentence Report and the applicable guideline calculations.

2. The Defendant has no objections to the Guideline calculations as set out in the Presentence Report; however, the Defendant does request that the following corrections be made in the PSR.

3. The Defendant asserts that Paragraph 20 of the PSR should be corrected. The Defendant disputes the last sentence of paragraph 20, and adamantly objects to this sentence being included in the PSR. The Defendant asserts that though he has opinions, and has been critical of the government and some of the government's positions, he asserts that he is definitely not "anti-government."  He also adamantly opposes the assertion that he is a "white supremacist".

United States v. David Hemphill
CR 04-C-0041-S
CR 04-C-0279-S
Defendant's Response to Presentence Report

The Defendant asserts that only on 3 occasions in his life has he ever participated in a public political demonstration, and they were as follows:

- He participated in a rally and march through downtown Birmingham to commemorate the birthday of Dr. Martin Luther King.

- In or about 1991 he participated in a civil rights rally and march across the Edmond Pettus Bridge in Selma, AL.

- In or about 1991, he participated in a rally and civil rights march in opposition to a skin-heads rally in downtown Birmingham.

The Defendant submits to this Honorable Court that it is ridiculous for the comments of paragraph 20 asserting that he is a "white supremacist" to be included in the PSR when the Defendant has been an active and vocal proponent of the civil rights of others. The Defendant's conduct and position concerning civil rights have even been portrayed by the Defendant's father, Paul Hemphill, in his book "Leaving Birmingham" which as published in 1993. Paul Hemphill wrote in the non-fiction book concerning, among other things, his observations of his son's (David Hemphill) participation in at least one of these rallies, that being the rally in opposition to the skin-head's in Birmingham. He chronicled the Defendant's participation in the rally, as well as his son's position of pro-civil rights.

Though the Defendant does not dispute that he as been equally as active and vocal concerning his views of governmental malfeasance, he denies in every way that he is anti-government or a white supremacist.

2

United States v. David Hemphill
CR 04-C-0041-S
CR 04-C-0279-S
Defendant's Response to Presentence Report

4. The Defendant asserts that Paragraph 58 should be corrected to reflect that the Defendant received his renewed license on December 16, 2003, and currently holds a license as an emergency medical technician (EMT) with the National Registry of EMT's.

            **s/ David S. Luker**
            **asb-6647-e32d**
            ATTORNEY FOR DEFENDANT
            2205 Morris Avenue
            Birmingham, Alabama 35203
            (205) 251-6666
            (205) 323-3240 -- fax
            davidl@lukercole.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing Defendant's Response to Presentence Report on Adolph (Buddy) Dean, Assistant United States Attorney, 1801 4th Avenue North, Birmingham, Alabama 35203, and Ericka Young, U.S. Probation Office, 1729 5th Avenue North, Birmingham, AL 35203, via hand delivery or U.S. Mail, postage prepaid and properly affixed this the 30th day of December, 2004.

            _____
            DAVID S. LUKER